**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**EILEEN NOLAN,**

    **Plaintiff,**

v.                                                **Case No: 8:16-cv-3206-T-35AAS**

**WELLS FARGO BANK, N.A.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, (Dkt. 4) and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case**.**

**DONE and ORDERED** at Tampa, Florida this 22nd day of November, 2016.

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE